## Second District.

Bahr Cheese Company, appellee, v. Freda Renter, appellant. Gen. No. 9,106.

Opinion filed November 30, 1936.

L. A. Jayne, for appellant. Heard & Heard, for appellee; Oscar E. Heard and Oscar E. Heard, Jr., of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.

T. A. Richey for the use of National Fire Insurance Company of Hartford, appellant, v. Hardware Mutual Casualty Company, appellee. Gen. No. 9,122.

Opinion filed November 30, 1936.

Burrell Barash and Louis Gard, for appellant. M. E. Nolan, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Bernice Simmons, appellee, v. Harry E. Nichols, appellant. Gen. No. 9,125.

Opinion filed November 30, 1936.

Howard E. Smith, for appellant. Robert J. Wing and Arthur L. Puklin, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

The People of the State of Illinois ex rel. Michael J. Charley, appellee, v. Victor J. Beaumont, appellant. Gen. No. 9,128.

Opinion filed November 30, 1936.

H. L. Richolson, for appellant. Elmer J. Mohan, State's Attorney, and J. E. Malone, Jr., Special Assistant State's Attorney, for appellee; Perona & Campeggio and George L. Herbolsheimer, Jr., of counsel.

Mr. Presiding Justice Huffman delivered the opinion of the court.